No. 2347. — EL PUEBLO, APDO., *v.* RIVERA, APLTE. — C. D. San Juan, Disto. 1º. Adulteración de leche. Enero 29, 1925.

No. 2350. — EL PUEBLO, APDO., *v.* FLORES, APLTE. — C. D. San Juan, Disto 1º. Acometimiento y agresión grave. Enero 30, 1925.

No. 2352. — EL PUEBLO, APDO., *v.* NEGRÓN, APLTE. — C. D. San Juan, Disto. 1º. Abuso de confianza. Feb. 3, 1925.

No. 2351.—EL PUEBLO, APDO., *v.* GONZÁLEZ, APLTE.—C. D. San Juan, Disto. 1º. Adulteración de leche. Feb. 3, 1925.

No. 2354. — EL PUEBLO, APDO., *v.* CORUJO, APLTE. — C. D. San Juan, Disto. 1º. Falsa representación. Feb. 4, 1925.

No. 2353.—EL PUEBLO, APDO., *v.* MONTAÑEZ, APLTE.—C. D. San Juan, Disto. 1º. Adulteración de leche. Feb. 4, 1925.

No. 2355.—EL PUEBLO, APDO., *v.* CALDERÓN, APLTE.—C. D. San Juan, Disto. 1º. Acometimiento y agresión. Feb. 5, 1925.

No. 2357.—EL PUEBLO, APDO., *v.* SALGUERO, APLTE.—C. D. Aguadilla. Alterar la paz. Feb. 5, 1925.

No. 2358.—EL PUEBLO, APDO., *v.* MORALES, APLTE.—C. D. Humacao. Infracción de la ley de andamios. Feb. 6, 1925.

No. 2361.—EL PUEBLO, APDO., *v.* GÁMBARO, APLTE.—C. D. San Juan, Disto. 2º. Acometimiento y agresión. Feb. 6, 1925.

No. 2369.—EL PUEBLO, APDO., V. GONZÁLEZ, APLTE.—C. D. San Juan, Disto. 1º. Adulteración de leche. Feb. 11, 1925.

No. 2362. — EL PUEBLO, APDO., *v.* NIEVES, APLTE. — C. D. San Juan, Disto. 2º. Portar armas. Feb. 11, 1925.

No. 2374.—EL PUEBLO, APDO., *v.* QUIRINDONGO, APLTE.—C. D. Ponce. Acometimiento y agresión grave. Feb. 12, 1925.

No. 2365.—EL PUEBLO, APDO., *v.* AYALA, APLTE.—C. D. Humacao. Inscripción ilegal. Feb. 13, 1925.

No. 2375.—EL PUEBLO, APDO., *v.* TORO, APLTE.— C. D. Ponce. Adulteración de leche. Feb. 13, 1925.

No. 2377.—EL PUEBLO, APDO., *v.* MUÑIZ, APLTE.—C. D. Aguadilla. Infracción Ley de Arbitrios. Feb. 17, 1925.